United States Bankruptcy Court for the:

<u>Southern</u> District of <u>Indiana</u>
(State)

Case number *(if known):* _____ Chapter _11__

☐ **Check if this is an amended filing**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Scotty's Brewhouse, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and, *doing business as* names | Scotty's Brewhouse, Inc. | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 5 – 4 3 5 2 6 0 2 | |

4. **Debtor's address**

**Principal place of business**

3855 E. 96th Street, Suite J
Number        Street

Indianapolis            IN      46240
City              State   ZIP Code

Marion
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City           State    Zip Code

**Location of principal assets, if different from principal place of business**

1700 West University Avenue
Number        Street

Muncie               IN      47303
City              State   ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.scottysbrewhouse.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Scotty's Brewhouse, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A.  Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the ebtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case Number _____
                                                   MM / DD / YYYY
          District _____   When _____   Case Number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor  *See attached list.*   Relationship _____
          District _____   When _____
                                                     MM / DD / YYYY
          Case number, if known _____

| Debtor | Scotty's Brewhouse, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1700 West University Avenue_____
      Number      Street

_____

Muncie_____ IN_____ 47303_____
City                         State     ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency _____

      Contact name    _____

      Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Scotty's Brewhouse, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2018
　　　　　　　MM / DD / YYYY

✗ _[signature]_

Signature of authorized representative of debtor

Berekk Blackwell
Printed name

Title Sole Manager

**18. Signature of attorney**

✗ /s/ Lucy R. Dollens

Signature of attorney for debtor

Date  12/11/2018
　　　　 MM / DD / YYYY

Lucy R. Dollens, Esg.
Printed name

Quarles & Brady LLP
Firm name

135 N. Pennsylvania Street, Suite 2400
Number　　　Street

Indianapolis
City

IN
State

46204
ZIP Code

(317) 957-5000
Contact Phone

lucy.dollens@quarles.com
Email address

23547-49
Bar number

IN
State

Debtor      Scotty's Brewhouse, LLC                                    Case number (if known)_____
            Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

| | | | |
|---|---|---|---|
| Debtor | Scotty's Holdings, LLC | Relationship | |
| Debtor | A Pots & Pans Production, LLC | Relationship | |
| Debtor | Scotty's Thr3e Wise Men Brewing Company, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Bloomington, LLC | Relationship | |
| Debtor | Scotty's Brewhouse West Lafayette, LLC | Relationship | |
| Debtor | Scotty's Indianapolis, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Downtown Indianapolis, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Mishawaka, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Fort Wayne, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Carmel, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Butler, LLC | Relationship | |
| Debtor | Scotty's Brewhouse Waco, LLC | Relationship | |
| District | Southern District of Indiana | When | 12/11/2018 |
| | | | MM / DD / YYYY |

Case numbers, if known          pending

**A POTS & PANS PRODUCTION, LLC**
**SCOTTY'S BREWHOUSE, LLC**
**SCOTTY'S BREWHOUSE BLOOMINGTON, LLC**
**SCOTTY'S BREWHOUSE BUTLER, LLC**
**SCOTTY'S BREWHOUSE CARMEL, LLC**
**SCOTTY'S BREWHOUSE DOWNTOWN INDIANAPOLIS, LLC**
**SCOTTY'S BREWHOUSE FORT WAYNE, LLC**
**SCOTTY'S BREWHOUSE MISHAWAKA, LLC**
**SCOTTY'S BREWHOUSE WACO, LLC**
**SCOTTY'S BREWHOUSE WEST LAFAYETTE, LLC**
**SCOTTY'S INDIANAPOLIS, LLC**
**SCOTTY'S THR3E WISE MEN BREWING COMPANY, LLC**

**ACTION BY WRITTEN CONSENT OF SOLE MANAGER OR SOLE EXECUTIVE
MANAGER AND OF SOLE MEMBER**

The undersigned Berekk A. Blackwell, as the sole Manager or sole Executive Manager (in each such capacity, the "Sole Manager") of, and the undersigned Scotty's Holdings, LLC, an Indiana limited liability company, as the sole Member ("Sole Member") of, each of the entities referenced above (each a "Company" and, collectively, the "Companies"), in accordance with and pursuant to each Company's operating agreement and (as to all of the Companies except Scotty's Brewhouse Waco, LLC) Article 18 of Title 23 of the Indiana Code or (as to Scotty's Brewhouse Waco, LLC) Chapter 101 of Title 3 of the Texas Statutes, do hereby consent to, adopt, and approve the following resolutions for each Company, with the same force and effect as if such resolutions were duly adopted by the affirmative vote of the Sole Member of each Company taken at a special meeting duly called and held on the 11th day of December, 2018 ("Effective Date"):

**WHEREAS**, in the judgment of the Sole Manager and the Sole Member of the Company, based in part upon a review of the Company's assets and liabilities and in consultation with its advisors, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a voluntary bankruptcy petition (the "Petition") be filed by the Company under the provisions of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and it hereby is, authorized, directed and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;

**FURTHER RESOLVED**, that the Sole Manager or any other manager or officer so designated by the Sole Manager, acting together or alone (each, a "Designated Officer"), is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and other documents related to the bankruptcy case and to

cause the Petition to be filed with the United States Bankruptcy Court for the Southern District of Indiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as a Designated Officer, in his discretion, deems necessary or desirable in order to carry out the intent and accomplish the purposes of these resolutions (approval of any of the above-described documents to be conclusively established by the execution thereof by a Designated Officer), (ii) to execute (a) a consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any, or (b) a request for conversion of an involuntarily-commenced chapter 11 or chapter 7 case, if any, (iii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee postpetition funding) necessary or desirable in connection with the foregoing, and (iv) to execute and verify any and all other documents necessary or appropriate in connection therewith in such form as a Designated Officer may approve (such approval to be conclusively established by the execution thereof by a Designated Officer);

FURTHER RESOLVED, that the law firm of Quarles & Brady LLP and any local Indiana counsel or special counsel selected by a Designated Officer, if any, are authorized, empowered and directed to represent the Company, as debtor and/or debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that each Designated Officer is authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants, and other professionals as such Designated Officer shall deem appropriate in his judgment;

FURTHER RESOLVED, that each Designated Officer is authorized, directed and empowered to enter into, in the name of and on behalf of the Company, as debtor and/or debtor in possession, any financial transactions as the Designated Officer so acting shall deem appropriate in his judgment, including, without limitation, debtor-in-possession financing with Sase Kosan KK and/or other entities, as borrower, co-borrower, guarantor, or in any other capacity as the Designated Officer shall deem appropriate in his judgment;

FURTHER RESOLVED, that each and every manager and officer of the Company, be, and each of them, acting alone, is hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee postpetition funding); all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the

performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each manager and officer of the Company be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions;

**FURTHER RESOLVED**, that all actions heretofore taken by any manager, officer, or director of the Company in connection with the foregoing resolutions be, and all such actions hereby are, confirmed, ratified, and approved in all respects; and

**FURTHER RESOLVED**, that this Action by Written Consent may be executed in counterparts.

**IN WITNESS WHEREOF,** the undersigned Sole Manager and Sole Member of the Company have executed this Written Consent as of the Effective Date.

**SOLE MEMBER**
  **OF EACH COMPANY:**

**SOLE MANAGER**
  **OF EACH COMPANY**:

Scotty's Holdings, LLC,
  an Indiana limited liability company

By: _____        _____
        Berekk A. Blackwell                    Berekk A. Blackwell
Its:    Executive Manager

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re:                                             )
                                                   )
SCOTTY'S HOLDINGS, LLC,                             )     Case No. 18-\_\_\_\_-\_\_\_\_-11
                                                   )     (Joint Administration Pending)
                                                   )
              Debtor(s).                            )

## CORPORATE OWNERSHIP STATEMENT

As required by Fed. R. Bankr. P. 1007(a)(1), the debtors now file this Corporate Ownership

Statement and report as follows:

☐     Debtors are not a "corporation" as defined in 11 U.S.C. § 101(9).

☐     Debtors are a "corporation" as defined in 11 U.S.C. § 101(9) but have no entities
      to report under Fed. R. Bankr. P. 1007(a)(1).

☒     Debtors are each a "corporation" as defined in 11 U.S.C. § 101(9), and the
      following corporations directly own 10% or more of any class of the debtors' equity
      interests:

PRP Scotty's Holdings, LLC, a non-debtor Delaware limited liability
company, is the sole member of debtor Scotty's Holdings, LLC, an Indiana
limited liability company.

Scotty's Holdings, LLC is the sole member of the other debtors, which are:

1. A Pots & Pans Production, LLC, an Indiana limited liability
   company;
2. Scotty's Thr3e Wise Men Brewing Company, LLC, an Indiana
   limited liability company;
3. Scotty's Brewhouse, LLC, an Indiana limited liability company;
4. Scotty's Brewhouse Bloomington, LLC, an Indiana limited liability
   company;
5. Scotty's Brewhouse West Lafayette, LLC, an Indiana limited
   liability company;
6. Scotty's Indianapolis, LLC, an Indiana limited liability company;
7. Scotty's Brewhouse Downtown Indianapolis, LLC, an Indiana
   limited liability company;
8. Scotty's Brewhouse Mishawaka, LLC, an Indiana limited liability
   company;

QB\55248427.1

9. Scotty's Brewhouse Fort Wayne, LLC, an Indiana limited liability company;
10. Scotty's Brewhouse Carmel, LLC, an Indiana limited liability company;
11. Scotty's Brewhouse Butler, LLC, an Indiana limited liability company; and
12. Scotty's Brewhouse Waco, LLC, a Texas limited liability company.

The debtors declare under penalty of perjury that this Corporate Ownership Statement is true and correct.

Berekk A. Blackwell
Executive Manager, Scotty's Holdings, LLC
Sole Manager for Management and Operating Entities

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | Case No. 18-_____-_____-11 |
| | ) | (Joint Administration Pending) |
| | ) | |
| Debtor(s). | ) | |

### EQUITY SECURITY HOLDERS STATEMENT

As required by Fed. R. Bankr. P. 1007(a)(3), Scotty's Holdings, LLC and its affiliated debtors (collectively, the "Debtors"), now file this Equity Security Holders Statement and report as follows:

The Debtors are limited liability companies that do not issue equity securities. The holders of the membership interests of the Debtors are set forth in the Corporate Ownership Statement filed with the Debtors' voluntary petitions.

I declare under penalty of perjury that the foregoing is true and correct.

Berekk A. Blackwell
Executive Manager, Scotty's Holdings, LLC
Sole Manager for Management and Operating
Entities

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re:                                    )
                                          )
        SCOTTY'S HOLDINGS, LLC,           )        Case No. 18-_____-_____-11
                                          )        (Joint Administration Pending)
                                          )
                Debtor(s).                )

## LIST OF SECURED CREDITORS[1]

| Name of creditor and complete mailing address | Name, telephone number and complete mailing address of employee, agent, department of creditor familiar with claim who may be contacted | Amount of claim/collateral |
| --- | --- | --- |
| The Huntington National Bank<br>PO Box 182232, NC1W32<br>Columbus, OH 43218 | C. Dunlap<br>J. Burke<br>The Huntington National Bank<br>PO Box 182232, NC1W32<br>Columbus, OH 43218 | Approximately $1.1 MM; assets including cash collateral |
| Rewards Network Establishment Services, Inc.<br>2 N. Riverside Plaza, Suite 200<br>Chicago, IL 60606 | K. DeCicco<br>Rewards Network Establishment Services, Inc.<br>2 N. Riverside Plaza, Suite 200<br>Chicago, IL 60606 | Approximately $500,000; assets including cash collateral |

---

[1] Debtor files this list based only on preliminary information; this list is not an admission as to the amount of any claim against the Debtor or an admission as to the perfection or priority of any security interest. This list is not and shall not be deemed to create or perfect a security interest in favor of any creditor set forth herein. Debtor reserves its rights to dispute any lien or security interest claimed by any creditor listed herein, and any amounts any creditor listed herein may claim to be owed by Debtor.

RESPECTFULLY SUBMITTED this 11th day of December, 2018.

QUARLES & BRADY LLP

By: /s/ *Lucy R. Dollens*
       Lucy R. Dollens (Bar No. 23547-49)
       Christopher Combest (IL ARDC No. 06224701)
       *Pro Hac Vice Admission Pending*
       Isaac M. Gabriel (AZ Bar No. 021780)
       *Pro Hac Vice Admission Pending*
       135 N. Pennsylvania St., Suite 2400
       Indianapolis, Indiana 46204
       Telephone: (317) 957-5000
       Facsimile: (317) 957-5010
       lucy.dollens@quarles.com
       christopher.combest@quarles.com
       isaac.gabriel@quarles.com
       *Proposed Attorneys for Debtors*

**Fill in this information to identify the case:**

Debtor name <u>Scotty's Brewhouse, LLC</u>

United States Bankruptcy Court for the: <u>Southern</u>          District of <u>Indiana</u>
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Foods, Inc. P.O. Box 78000 Dept. #78792 Detroit, MI 48278 | (800) 428-2118 | Trade Debt | | | | $39,725.30 |
| 2 | Campus Corner, LLC 1601 Grey Marsh Road Mount Pleasant, SC 29464 | Deb Wise (765) 744-1742 dlwise1950@gmail.com | Rent | | | | $35,132.83 |
| 3 | The Wasserstrom Company P.O. Box 182056 Columbus, OH 43218 | (614) 228-6525 | Trade Debt | | | | $6,377.61 |
| 4 | Get Fresh Produce 1441 Brewster Creek Blvd. Bartlett, IL 60103 | | Trade Debt | | | | $3,582.67 |
| 5 | Turner Commercial Refrigeration Inc. 824 N. Walnut Street Muncie, IN 47305 | | Trade Debt | | | | $3,512.24 |
| 6 | DirecTV P.O. Box 5006 Carol Stream, IL 60197 | (888) 388-4249 | Utilities | | | | $2,576.02 |
| 7 | Universal Linen Service 1807 Commerce Road Louisville, KY 40208 | (317) 773-2330 | Trade Debt | | | | $1,941.51 |
| 8 | Ecolab Food Safety Specialties, Inc. 24198 Network Place Chicago, IL 60673 | (800) 321-3687 | Trade Debt | | | | $1,271.20 |

Debtor    <u>Scotty's Brewhouse, LLC</u>    Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Nelbud Services Group Inc. 51 Koweba Lane Indianapolis, IN 46201 | (317) 247-8562 | Trade Debt | | | | $1,156.47 |
| 10 | Republic National Distributing Co. 4901 Savarese Circle North Tampa, FL 33634 | | Trade Debt | | | | $1,128.96 |
| 11 | Enterprise Plumbing, Inc. P.O. Box 998 Muncie, IN 47308 | (765) 288-4369 contact@enterpriseplumbinginc.com | Trade Debt | | | | $1,070.83 |
| 12 | Sutton-Garten Co. 901 N. Senate Ave. Indianapolis, IN 46202 | (317) 264-3236 | Equipment Rental | | | | $1,068.61 |
| 13 | Bagat Brothers Inc. 3000 Wayne Ave. Dayton, OH 45420 | (800) 988-6257 | Trade Debt | | | | $982.00 |
| 14 | Muncie Sanitary District P.O. Box 1587 Muncie, IN 47308 | | Utilities | | | | $852.32 |
| 15 | Vectren Energy Delivery P.O. Box 6248 Indianapolis, IN 46206 | | Utilities | | | | $803.26 |
| 16 | Deaton's Mechanical Co., Inc. 1435 Brookville Way, Suite J Indianapolis, IN 46239 | (317) 357-6903 | Trade Debt | | | | $685.43 |
| 17 | Network Property Services - BSU Houses 3010 W. White River Blvd. Muncie, IN 47304 | | Trade Debt | | | | $510.00 |
| 18 | AV Designers, Inc. 8742 Robbins Rd. Indianapolis, IN 46268 | Tammy Carlton (317) 876-3753 accounting@avdesigners.com | Professional Service | | | | $474.55 |
| 19 | Bullock Heating & Cooling Inc. 120 S. Broadway Albany, IN 47320 | | Trade Debt | | | | $415.00 |
| 20 | Kolortech Lighting LLC P.O. Box 68 Sheridan, IN 46069 | (317) 758-5080 | Trade Debt | | | | $407.42 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | Case No. 18-_____-_____-11 |
| | ) | (Joint Administration Pending) |
| | ) | |
| Debtor(s). | ) | |

## <u>VERIFICATION OF CREDITOR LIST</u>

I declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the consolidated creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and co-debtors.

I declare that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are entities listed on the schedules that are not included in the consolidated creditor list submitted with this verification.

Dated this 11th day of December, 2018.

_____
Berekk A. Blackwell
Executive Manager of Scotty's Holdings, LLC
Sole Manager of A Pots & Pans Production, LLC,
Scotty's Thr3e Wise Men Brewing Company, LLC,
Scotty's Brewhouse, LLC; Scotty's Brewhouse
Bloomington, LLC; Scotty's Brewhouse West
Lafayette, LLC; Scotty's Indianapolis, LLC;
Scotty's Brewhouse Downtown Indianapolis, LLC;
Scotty's Brewhouse Mishawaka, LLC; Scotty's
Brewhouse Fort Wayne, LLC; Scotty's Brewhouse
Carmel, LLC; Scotty's Brewhouse Butler, LLC; and
Scotty's Brewhouse Waco, LLC